In the Matter of AMBROSE E. SMITH, Respondent, *v.* SIDNEY
H. COOK, Appellant.

*Matter of Smith* v. *Cook*, 116 App. Div. 665, affirmed.
(Argued February 20, 1907; decided March 12, 1907.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 11, 1907, which affirmed an order of Special Term
directing Sidney H. Cook to deliver to Ambrose E. Smith all
of the books and papers in his possession appertaining to the
office of supervisor of the town of Camillus.

*Thomas Woods* for appellant.

*George H. Bond* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET
WEICK, Appellant, *v.* WARDEN OF THE CITY PRISON OF THE
CITY OF NEW YORK, Respondent.

*People ex rel. Weick* v. *Warden City Prison*, 117 App. Div. 154,
affirmed.
(Argued February 20, 1907; decided March 12, 1907.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 25, 1907, which affirmed an order of Special Term
dismissing a writ of habeas corpus and remanding the relator
to custody.

*Edward Hymes* and *Michael Schaap* for appellant.

*William Travers Jerome, District Attorney (Robert C.
Taylor* of counsel), for respondent.

Order affirmed, on opinion of INGRAHAM, J., below.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and CHASE, JJ.